UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-66M |
| v. ) | |
| ) | |
| DANIEL WILLIAM SHREVE, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1: Arson in violation of 18 U.S.C. § 2 and 844(*l*).

Date of Detention Hearing: February 21, 2006.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), finds that there appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight or danger to the community, based on the following:

    (1) Defendant is facing a significant penalty on the charge which involves a serious offense.

    (2) Little information regarding defendant's ties to the Western District of Washington or to this community has been provided to the Court.

 (3)     Defendant has stipulated to detention, reserving the right to contest his continued detention if there is a change in circumstances.

 IT IS THEREFORE ORDERED:

 (1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

 (2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

 (3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

 (4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

 DATED this 22nd day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge